# Court of Appeals, State of Michigan

## ORDER

People of MI v Jackie Lamont Thompson

Docket No.    318128

LC No.     13-009068-FC

Amy Ronayne Krause
Presiding Judge

William B. Murphy

Deborah A. Servitto
Judges

The Court orders that the August 25, 2015 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 29 2016

Date

Chief Clerk